**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MACROSOLVE, INC.,** | § § | |
| **v.** | § § | **NO. 6:12cv44 LED-JDL** |
| **FACEBOOK, INC.** | § § | **PATENT CASE** |

## ORDER

Pursuant to the Order granting the parties' Stipulated Dismissal with Prejudice, the Court hereby enters Final Judgment. On January 30, 2012, Plaintiff MacroSolve, Inc. filed suit against Facebook, Inc. Since that time, Facebook, Inc. has been dismissed.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

 So ORDERED and SIGNED this 15th day of November, 2012.



_____
 **LEONARD DAVIS
 UNITED STATES DISTRICT JUDGE**